IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES NEWTON,

      Plaintiff,

v.                                  Case No. 5:15cv222-MW/GRJ

MS. SELF,

      Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED** for abuse of the judicial process and for failure to state a claim upon which relief may be granted. This dismissal is without prejudice but the dismissal shall operate as a "strike" pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on September 30, 2015.**

                                                s/Mark E. Walker          
                                                **United States District Judge**